P. KURT PETERSON (State Bar No. 067123)
kpeterson@pmrlegal.com
K. NINA REYNOLDS (State Bar No. 206802)
nreynolds@pmrlegal.com
PETERSON MARTIN & REYNOLDS LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Defendant MASON-MCDUFFIE REAL ESTATE, INC., fka PRUDENTIAL CALIFORNIA REALTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JUDITH JAMELLE WILLIAMS, et al.,<br><br>Defendants. | CASE NO. C 11-3367 PJH<br><br>[~~PROPOSED~~] ORDER AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 6-2, this Stipulation to continue Case Management Conference is entered into by and between the parties that have appeared in the action and their respective counsel of record, Vanessa H. Widener and Jennifer S. Muse for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. ("Plaintiff") and K. Nina Reynolds for Defendant MASON-MCDUFFIE REAL ESTATE, INC., formerly known as PRUDENTIAL CALIFORNIA REALTY ("Mason-McDuffie"), erroneously sued herein as "MASON-MCDUFFIE REAL ESTATE, INC., doing business as PRUDENTIAL BETTER HOMES AND GARDENS REAL ESTATE MASON MCDUFFIE". Plaintiff and Mason-McDuffie will sometimes hereinafter be referred to collectively as "the Parties".

1. WHEREAS, on July 8, 2011, Plaintiff filed a Summons and Complaint in this action;

2. WHEREAS, Plaintiff's Proof of Service shows that Mason-McDuffie was served with the Summons and Complaint by substituted service on September 16, 2011;

3. WHEREAS, by stipulation of the Parties, Mason-McDuffie received an extension of time and filed an Answer to Plaintiff's Complaint on November 7, 2011;

4. WHEREAS, on or about August 11, 2011, prior to Mason-McDuffie having been served with the Summons and Complaint, this Court issued an Order Setting Case Management Conference with said conference being set for December 1, 2011, in Oakland, California at 2:00 p.m.;

5. WHEREAS, counsel for Mason-McDuffie has a hearing in another case on December 1, 2011, in the Superior Court of California, Alameda County, in Hayward, California at 2:30 p.m.;

6. WHEREAS, counsel for Mason-McDuffie has a trial in the Superior Court of California, Alameda County, beginning January 6, 2012 and expected to continue for three weeks;

7. WHEREAS, Defendant JUDITH JAMELLE WILLIAMS ("Williams") was previously a real estate agent for Mason-McDuffie, but Mason-McDuffie is currently unaware of the whereabouts of Williams;

8. WHEREAS, the Parties have been making diligent efforts to locate Williams, and Plaintiff intends to re-attempt service of the Summons and Complaint on Williams;

9. WHEREAS, the Parties wish to allow additional time for Williams to have the opportunity to appear in the action prior to all parties entering into agreements regarding scheduling and other issues as required by Court Orders, the Local Rules of Court and the Federal Rules of Civil Procedure;

10. WHEREAS, the Parties have agreed to meet and confer for the early conference of counsel on or before November 18, 2011;

11. WHEREAS, the requested time modification will have a minimal effect on the

1  overall schedule for the case.

2  NOW, THEREFORE, the Parties hereby stipulate as follows:

3  1.  That the Case Management Conference currently scheduled for December 1, 2011,

4  shall be continued to March 1, 2012, or another date to be selected by the Court.

5  The Parties respectfully request that the Court approve this Stipulation.

8  Dated: November 14, 2011                ANDERSON, MCPHARLIN & CONNERS LLP

11  By _____/s/_____
    Jennifer S. Muse
12  jsm@amclaw.com
    Attorneys for Plaintiff FEDERAL DEPOSIT
    INSURANCE CORPORATION as Receiver for
13  INDYMAC BANK, F.S.B.

15  Dated: November 14, 2011                PETERSON MARTIN & REYNOLDS LLP

18  By _____
    K. Nina Reynolds
19  nreynolds@pmrlegal.com
    Attorneys for Defendant MASON-MCDUFFIE
    REAL ESTATE, INC., fka PRUDENTIAL
20  CALIFORNIA REALTY

22  Pursuant to Stipulation, and good cause appearing, the Case Management Conference

23  previously scheduled for December 1, 2011, is continued to

24  March 1, 2012 _____ at 2:00 p.m.

25  IT IS SO ORDERED.

27  DATED: November __16__, 2011

    _____
    PHYLLIS J. HAMILTON
    United States District Court Judge

[IT IS SO ORDERED / Judge Phyllis J. Hamilton — seal]

LAW OFFICES
PETERSON MARTIN REYNOLDS LLP
49 STEVENSON STREET TENTH FLOOR SAN FRANCISCO CALIFORNIA 94105
415-399-2900   FAX 415-399-2930