UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH JAMELLE WILLIAMS, et al.,<br><br>Defendants. | Case No. 11-cv-03367-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court grants the parties' stipulation, Dkt. No. 36, continuing the Case Management Conference presently set for April 3, 2013, at 2:00 p.m. The parties are hereby ordered to appear, in person, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c), for a case management conference to be held in this action before the Honorable Jon S. Tigar on May 1, 2013, at 2:00 p.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order.

The Court has reviewed the docket in this action and will not grant further continuances of this Case Management Conference. By the date of that Conference, the case will be nearly two years old. The present stipulation is granted only because counsel indicates that she will be involved in a jury trial on the date originally scheduled for the Case Management Conference, and this Court does not wish to inconvenience another court.

The Court has reviewed the parties' proposed adjustments to the prior scheduling order, and is unlikely to continue any of the previously-set dates, other than the deadline to complete

/ / /

/ / /

/ / /

/ / /

/ / /

mediation. The Court is also likely to reinstate the trial date of September 16, 2013 and to set a pretrial conference on August 23, 2012 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: April 2, 2013

_____
JON S. TIGAR
United States District Judge