UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDITH JAMELLE WILLIAMS, et al.,<br><br>    Defendants. | Case No. 11-cv-03367-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 46 |

The parties, through their counsel, advised the Court that they have reached a settlement.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, by June 1, 2014, that settlement has not in fact occurred in accordance with the settlement agreement between the parties, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 30, 2013

WILLIAM H. ORRICK
United States District Judge